IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| WILLIAM BURCHIT | ) |
| Plaintiff, | ) |
| vs. | ) No. 05-C-50134 |
| RYAN MASSOTH, | ) |
| Defendant. | ) |
| RYAN MASSOTH, | ) |
| Third Party Plaintiff, | ) |
| vs. | ) |
| BRENDA STOFFREGEN, | ) |
| Third Party Defendant. | ) |

## PLAINTIFF'S MOTION FOR JUDGMENT AS A MATTER OF LAW

NOW COMES the Plaintiff, WILLIAM BURCHIT, by and through its attorneys, ROBERT J. WAGNER, P.C., and in support of its Motion for Judgment as a Matter of Law on the issues of liability and contribution, states as follows:

1. Defendant Massoth has admitted that he failed to yield right of way to the Plaintiff's van, pled guilty to the charge of failing to yield the right of way, and has failed to present any evidence explaining his reasons for failing to yield. As a matter of law, the Defendant failed to use ordinary care.

2. Moreover, Defendant Massoth has not presented any evidence that the Plaintiff was speeding, violated any provision of the Illinois Motor Vehicle Code, or acted in any way unreasonably in failing to avoid a collision with the Defendant's car.

3. A verdict for the Defendant, based upon the evidence stated above viewed in the aspect most favorable to the Defendant could never stand.

WHEREFORE, the Plaintiff, WILLIAM BURCHIT, prays that this Honorable Court grant

1

a judgment in his favor against the Defendant on the issues of liability and contribution as a matter of law.

WILLIAM BURCHIT

By: _____
Robert J. Wagner,
One of its attorneys

Robert J. Wagner
ROBERT J. WAGNER, P.C.
108 North Walkup Avenue
Crystal Lake, Illinois 60014
815/455-1448